**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6455**

———————

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

LOREN PARNELL HENDERSON,

　　　　　　Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:19-cr-00166-RJC-DSC-1)

———————

Submitted:  October 10, 2024 　　　　　　　　　　Decided:  October 16, 2024

———————

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Loren Parnell Henderson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Loren Parnell Henderson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part A of Amendment 821 to the Sentencing Guidelines. The district court concluded that Henderson was eligible for relief but declined to reduce his sentence based on its assessment of the 18 U.S.C. § 3553(a) factors and his postsentencing conduct. We conclude that the district court did not abuse its discretion in denying Henderson's motion. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Henderson*, No. 3:19-cr-00166-RJC-DSC-1 (W.D.N.C. Apr. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*